IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20435
Summary Calendar
_____

PAUL LAWSON,

Plaintiff-Appellant,

versus

HARRIS COUNTY, TEXAS,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-97-CV-2816
--------------------

December 23, 1999

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Paul Lawson appeals the district court's award of summary judgment to Harris County (the County) on his disability-discrimination claim. Lawson first argues that the district court erred in determining that the County did not regard him as disabled. See Zenor v. El Paso Healthcare Sys., 176 F.3d 847, 859 (5th Cir. 1999)(one need not have an actual disability to be regarded as "disabled" for ADA purposes; this requirement may be fulfilled through a showing that one was perceived or regarded as disabled). Lawson, however, failed to put forth evidence to

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

counter the defendant's evidence that it did not perceive him as disabled. It thus must fail. See Celotex Corp. v. Catrett, 477 U.S. 317, 324 (1986).

Lawson next contends that the district court erred by considering only the major life function of working in analyzing whether the County considered him disabled. The district court did not so err, as there was no evidence of limitation of any other life functions. See Hamilton v. Southwestern Bell Tel. Co., 136 F.3d 1047, 1050 (5th Cir. 1998).

Lawson contends that the district court erred in determining that the County did not regard him as limited in his ability to work. Again, Lawson provides no evidence to support this conclusional assertion, which is insufficient to defeat the defendant's motion for summary judgment. Lawson has failed to show that the district court erred in granting the County's motion for summary judgment. This judgment is thus AFFIRMED.